UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CAROL JENKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:18-CV-1163-G (BK) |
| OCWEN LOAN SERVICING, LLC, ) | |
| DEUTSCHE BANK NATIONAL TRUST ) | |
| CO., AND POWER DEFAULT ) | |
| SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

Defendants' motion to dismiss (docket entry 4) is **GRANTED IN PART**. Plaintiff has 14 days from the date of this order to amend her complaint in an attempt to state a claim as to those that were found lacking. If she does not do so, those claims are subject to being **DISMISSED** with prejudice.

**SO ORDERED**.

March 20, 2019.

_____
**A. JOE FISH**
**Senior United States District Judge**