UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CAROL JENKINS, )<br>)<br>Plaintiff, )<br>)<br>VS. )<br>)<br>OCWEN LOAN SERVICING LLC, )<br>DEUTSCHE BANK NATIONAL TRUST )<br>CO., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br><br>3:18-CV-1163-G (BK) |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Defendants' *Motion for Summary Judgment* is **GRANTED**, and this case is **DISMISSED**.

**SO ORDERED**.

August 18, 2020.

_____
A. JOE FISH
Senior United States District Judge